**Motion Granted in part; Order filed October 17, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00765-CV
_____

### MICROWAVE NETWORKS, INC., Appellant

### V.

### ABC ASSEMBLY LLC, F/K/A NGI ELECTRONICS, LLC, Appellee

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2014-64733**

## ORDER

This is an appeal from a judgment signed on July 12, 2019, in Cause No. 2014-64733. On September 17, 2019, appellant Microwave Networks, Inc., filed in the trial court a notice of cash deposit in lieu of bond in the amount of $100, together with an affidavit stating appellant's net worth. Tex. R. App. P. 24.2(c)(1). Also on September 17, 2019, the district clerk issued a certificate of deposit in lieu of supersedeas bond. On September 18, 2019, and October 7, 2019, appellant filed supplemental affidavits stating additional facts in support of appellant's net worth.

The three affidavits state complete, detailed information concerning appellant's assets and liabilities from which appellant's net worth may be ascertained. *Id*. Appellee filed a contest to appellant's net worth. *See* Tex. R. App. P. 24.2(c)(2). The trial court has yet to rule on appellee's contest.

Appellee also filed an ancillary garnishment proceeding against appellant's bank. The garnishment proceeding has been assigned Cause No. 2014-64733-A. The district clerk issued a Writ of Garnishment after Judgment in Cause No. 2014-64733-A, which among other things commands appellant's bank not to pay to appellant any debt or to deliver to appellant any effects pending further order of the court.

On October 14, 2019, appellant filed in this court (1) a Motion to Suspend Enforcement of Judgment under Rule 24.1(f) and for Review of Determination Whether to Permit Suspension of Enforcement under Rule 24.4(a)(4); and (2) a Motion for Emergency Stay in Support of its Concurrently Filed Motion to Suspend Enforcement of Judgment.

The motion for emergency stay is granted in part. Enforcement of the July 12, 2019, judgment is **STAYED** until further order of this court. Appellant's motion to suspend enforcement of judgment remains pending.

We further **ORDER** that Microwave Networks, Inc., is **ENJOINED**, until further order of this court, from dissipating or transferring assets to avoid satisfaction of the judgment in Cause No. 2014-64733, however, this shall not interfere with the Microwave Networks, Inc's use, transfer, conveyance or dissipation of assets in the normal course of business.

Within seven days of the date of this order, the parties are directed to file in this court a report advising of the status of discovery and other proceedings relating

to appellee's contest to appellant's claimed net worth, including advising this court of the date appellee's contest is set for oral hearing in the trial court.


PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.